**1581-14** FILE COPY

COA # 08-13-00209-CR     OFFENSE: Burglary

STYLE: Brandon Jay McDonald v. The State of Texas     COUNTY: Tarrant

COA DISPOSITION: Affirmed     TRIAL COURT: 396th District Court

DATE: 10/31/2014     Publish: No     TC CASE #: 1184931W

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Brandon Jay McDonald v. The State of Texas

CCA #:

___APPELLANT'S___ Petition FOR DISCRETIONARY REVIEW IN CCA IS:
___REFUSED,___
DATE: 02/25/2015
JUDGE: Per Curiam

CCA Disposition: **1581-14**
DATE:
JUDGE:
SIGNED: _____ PC: _____
PUBLISH: _____ DNP: _____

-----------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____